# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1136

_____

Jose Ortez,

　　　　　Appellant,

　　v.

Immigration and Naturalization
Service,

　　　　　Appellee.

\*
\*
\* On Petition for Review of
\* an Order of the Immigration
\* and Naturalization Service.
\*
\* [Not To Be Published]
\*
\*
\*

_____

Submitted:  October 3, 2000
Filed:　October 16, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

　　　Jose Ortez petitions for review of an order of the Board of Immigration Appeals
(BIA) dismissing his appeal from the denial of his second motion to reopen deportation
proceedings.  We lack jurisdiction to review the arguments Ortez now makes, because
they relate to his first motion to reopen, the denial of which he did not appeal to the
BIA.  See Afolayan v. INS, 219 F.3d 784, 788 (8th Cir. 2000) (no jurisdiction to
review claims that were not first raised before BIA).  As to the second motion to
reopen, we conclude that the BIA did not err in affirming the Immigration Judge's
decision that Ortez was not eligible for relief under the Nicaraguan Adjustment and

Central American Relief Act, Pub. L. No. 105-100, 111 Stat. 2160 (1997), amended by Pub. L. No. 105-139, 111 Stat. 2644 (1997).  See <u>Feleke v. INS</u>, 118 F.3d 594, 597-98 (8th Cir. 1997) (standard of review).

Accordingly, we deny the petition.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.